**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **GLOBAL PARKING MANAGEMENT, INC.** | ) | Case No. 15-31599 |
| | ) | |
| **Debtor.** | ) | **Judge A. Benjamin Goldgar** |

## CERTIFICATE OF NOTICE

    The undersigned, an attorney, certifies that he caused to be served a copy of the NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) on the attached service list, via the ECF court system, or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 13th day of March, 2019.

                                                                                  */s/ David R. Herzog*
                                                                                  Trustee in Bankruptcy

Document    Page 2 of 3

**SERVICE LIST**

**VIA ECF**

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Surplus Properties Inc.
c/o Gregory K Stern
Gregory K. Stern, P.C.
53 West Jackson Blvd.
Suite 1442
Chicago, IL 60604
greg@gregstern.com

**VIA REGULAR MAIL**

Global Parking Management, Inc.
1829 North Milwaukee Avenue
Chicago, IL 60647

Alfredo Sanchez
c/o Karen I. Engelhardt
230 W. Monroe St., #2600
Chicago, IL 60606-4969

Allison, Slutsky & Kennedy, P.C.
230 West Monroe St., #2600
Chicago, IL 60606-4969

Amtrust North America
PO Box 318004
Cleveland, OH 44131-8004

Anastasia Elkina
1 Renaissance Place
Palatine, IL 60067-3642

Aramark Uniform Services
2334 South Michigan Avenue
Chicago, IL 60616-2105

Chase
PO Box 15123
Wilmington, DE 19886-5123

Chicago Department of Business Affairs
and Consumer Protection
121 North LaSalle St., Room 805
Chicago, IL 60602-1237

Christopher J. Williams
Workers Law Office, P.C.
401 South LaSalle St. #1400
Chicago, IL 60605-1039

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Comcast
41112 Concept Dr.
Plymouth, MI 48170-4253

Comcast
PO Box 3001
Southeastern, PA 19398-3001

FDGL
5565 Glenridge Connector NE
Suite 2000
West Palm Beach, FL 33420

Innovative Parking Solutions LLC
1829 North Milwaukee
Chicago, IL 60647-4470

JP Morgan Chase Bank, N.A.
PO Box 659754
San Antonio, TX 78265-9754

Joseph V. Grillo
3359 North Clifton
Unit 1N
Chicago, IL 60657-2224

Miguel Arriaga
5200 North Sheridan Road
Chicago, IL 60640-2532

Miguel Arriaga
c/o Karen I. Engelhardt
Allison Slutsky & Kennedy, P.C.
230 W. Monroe St., #2600
Chicago, IL 60606-4969

Roseanne Parone-Denigris
1637 West LeMoyne Street
Unit 1
Chicago, IL 60622-8654

Seyfarth Shaw LLP
55 East Monroe St., #4200
Chicago, IL 60603-5713

Sprint
PO Box 8077
London, KY 40742-8077

Strategic Funding Source, Inc.
1501 Broadway
Suite 360
New York, NY 10036-5503

Transfirst
12202 Airport Way
Suite 100
Broomfield, CO 80021-2596

Vonage
23 Main Street
Holmdel, NJ 07733-2136